Attachment A

**FILED**
DEC 04 2023
U.S. DISTRICT COURT-WVND
MARTINSBURG, WV 25401

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Gary Lynn Simons
Plaintiff Pro Se
_____
*Your full name*

**STATE CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983**

v.

Wexford Health
Defendant
_____
_____

Civil Action No.: 3:23cv241
*(To be assigned by the Clerk of Court)*

*Enter above the full name of defendant(s) in this action*

## I. JURISDICTION

This is a civil action brought pursuant to **42 U.S.C. § 1983**. The Court has jurisdiction over this action pursuant to Title 28 U.S.C. §§ 1331 and 2201.

## II. PARTIES

*In Item A below, place your full name, inmate number, place of detention, and complete mailing address in the space provided.*

A. Your Name: Gary Lynn Simons
Inmate No.: 3543594
Address: North Central Regional Jail #1 Lois Lane Greenwood WV 26415

*In Item B below, place the full name of each defendant, his or her official position, place of employment, and address in the space provided.*

B. Name of Defendant: Wexford Health

---
United States District Court    7    Northern District of West Virginia-2013

Attachment A

Position: **Wexford Heath**

Place of Employment: **NCRJ #1 Lois Lane Greenwood**

Address: **#1 Lois Lane Greenwood WV 26415**

Was this Defendant acting under the authority or color of state law at the time these claims occurred?   ☒ Yes   ☐ No

If your answer is "YES," briefly explain: **They work for NCRJ and Wexford Heath (Nerces)**

B.1   Name of Defendant: _____

Position: _____

Place of Employment: _____

Address: _____

Was this Defendant acting under the authority or color of state law at the time these claims occurred?   ☐ Yes   ☐ No

If your answer is "YES," briefly explain: _____

B.2   Name of Defendant: _____

Position: _____

Place of Employment: _____

Address: _____

Attachment A

Was this Defendant acting under the authority or color of state law at the time these claims occurred?   ☐ Yes   ☐ No

If your answer is "YES," briefly explain: _____
_____
_____
_____

B.3   Name of Defendant: _____
Position: _____
Place of Employment: _____
Address: _____

Was this Defendant acting under the authority or color of state law at the time these claims occurred?   ☐ Yes   ☐ No

If your answer is "YES," briefly explain: _____
_____
_____
_____

B.4   Name of Defendant: _____
Position: _____
Place of Employment: _____
Address: _____

Was this Defendant acting under the authority or color of state law at the time these claims occurred?   ☐ Yes   ☐ No

If your answer is "YES," briefly explain: _____
_____

Attachment A

_____
_____

B.5  Name of Defendant: _____
Position: _____
Place of Employment: _____
Address: _____

Was this Defendant acting under the authority or color of state law at the time these claims occurred?   ☐ Yes   ☐ No

If your answer is "YES," briefly explain: _____
_____
_____
_____

III.  PLACE OF PRESENT CONFINEMENT

Name of Prison/Institution: North Central Regional Jail

A.  Is this where the events concerning your complaint took place?
☒ Yes   ☐ No

If you answered "NO," where did the events occur?
_____

B.  Is there a prisoner grievance procedure in the institution where the events occurred?   ☒ Yes   ☐ No

C.  Did you file a grievance concerning the facts relating to this complaint in the prisoner grievance procedure?   ☒ Yes   ☐ No

D.  If your answer is "NO," explain why not _____

Attachment A

_____
_____

E. If your answer is "YES," identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed and state the result at level one, level two, and level three. **ATTACH GRIEVANCES AND RESPONSES**:

LEVEL 1) 31474094 | 4) 31520666 | 7) 31473937
LEVEL 2) 26579200 | 5) 27756831 | 8)
LEVEL 3) 25997829 | 6) 26579001 | 9)

## IV. PREVIOUS LAWSUITS AND ADMINISTRATIVE REMEDIES

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?   ☐ Yes   ☐ No

B. If your answer is "YES", describe each lawsuit in the space below. If there is more than one lawsuit, describe additional lawsuits using the same format on a separate piece of paper which you should attach and label: "IV PREVIOUS LAWSUITS"

   1. Parties to this previous lawsuit:

      Plaintiff(s):_____

      Defendant(s):_____

   2. Court:_____
      *(If federal court, name the district; if state court, name the county)*

   3. Case Number:_____

   4. Basic Claim Made/Issues Raised: _____
   _____

   5. Name of Judge(s) to whom case was assigned: _____

Attachment A

6. Disposition: ___Attached (A)1-4 (B)1-2___
   *(For example, was the case dismissed? Appealed? Pending?)*

7. Approximate date of filing lawsuit: _____

8. Approximate date of disposition. **ATTACH COPIES**

C. Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B?  ☒ Yes   ☐ No

D. If your answer is "YES," briefly describe how relief was sought and the result. If your answer is "NO," explain why administrative relief was not sought.

_____
_____
_____

E. Did you exhaust available administrative remedies?  ☒ Yes   ☐ No

F. If your answer is "YES,", briefly explain the steps taken and attach proof of exhaustion. If your answer is "NO," briefly explain why administrative remedies were not exhausted.  ___Attached___
_____
_____

G. If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G. PREVIOUSLY DISMISSED ACTIONS OR APPEALS"

Attachment A

1. Parties to previous lawsuit:

   Plaintiff(s): _____

   Defendant(s): _____

2. Name and location of court and docket number:
   _____
   _____

3. Grounds for dismissal:   ☐ frivolous   ☐ malicious
   ☐ failure to state a claim upon which relief may be granted

4. Approximate date of filing lawsuit: _____

5. Approximate date of disposition: _____

## V. STATEMENT OF CLAIM

*State here, as **BRIEFLY** as possible, the facts of your case. Describe what each defendant did to violate your constitutional rights. **You must include allegations of specific wrongful conduct as to EACH and EVERY defendant in the complaint.** Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph. **UNRELATED CLAIMS MUST BE RAISED IN A SEPARATE CIVIL ACTION. NO MORE THAN FIVE (5) TYPED OR TEN (10) NEATLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT.** (LR PL 3.4.4)*

CLAIM 1: I'M A DNR It is even on my ID IM IN the NCRJ witch Wexford Heatth is the medical staff

Supporting Facts: I was sliped a drug in my coffee I was dead for 15 minutes before they (you) staff broke 6 ribs nocked 2 teeth out narcaned me 12 times jet up my nose + being Shocked CPR If IM a DNR that's my religous write Attacked B1

Attachment A

CLAIM 2: I peed and craped myself They broke 2 of my teeth off also Have remembering problems

Supporting Facts: Attachment (B)(4)(B2)

CLAIM 3: _____

Supporting Facts: _____

CLAIM 4: _____

Supporting Facts: _____

CLAIM 5: _____

Supporting Facts: _____

VI.   **INJURY**

Attachment A

Describe **BRIEFLY and SPECIFICALLY** how you have been injured and the exact nature of your damages. _Attachment A, B, C_

## VII. RELIEF

State **BRIEFLY and EXACTLY** what you want the Court to do for you. *Make no legal arguments. Cite no cases or statutes.* _Attachment A-B, C,_

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate. Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _NCRJ_ _North Central Regional Jail_ (Location) on _Nov 17, 2023_ (Date)

_[signature]_
Your Signature