# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# MARTINSBURG

**GARY LYNN SIMONS,**

      Plaintiff,

v.                         **CIVL ACTION NO.: 3:23-CV-241 (GROH)**

**WEXFORD HEALTH,**
**ANDIE (HEAD NURSE) NCRJ,**
**JANE/JOHN DOE, and**
**JANE/JOHN DOE,**

      Defendants.

## ORDER DISMISSING CASE

On December 4, 2023, the *pro se* Plaintiff initiated the above-styled civil rights action pursuant to 42 U.S.C. § 1983, and filed a motion to proceed without prepayment of fees, Consent to Collection of Fees, Prisoner Trust Account Report, and Ledger Sheets. ECF Nos. 1, 2, 3, 4, 4-1. On January 11, 2024, the Court granted the Plaintiff's motion to amend the complaint, and the Clerk filed the previously filed proposed amended complaint as an amended complaint with a new docket entry. ECF Nos. 13, 15.

Also on January 11, 2024, the Court entered an order granting the Plaintiff's motion to proceed without prepayment of fees, and directing the Plaintiff to pay the initial partial filing fee of $5.54, within 28 days of the date of the order. ECF No. 14. Service for that order was accepted by the Plaintiff on January 17, 2024. ECF No. 17.

Twenty-eight days from January 11, 2024, was February 8, 2024. The Plaintiff failed to pay the filing fee in the directed time. However, on January 29, 2024, the Plaintiff

filed a new Prisoner Trust Account Statement, Ledger Sheets, and a Consent to Collections of Fees from Trust Account. ECF Nos. 19, 19-1, 20. These January 29, 2024, financial documents showed that the Plaintiff had a larger account balance and larger average monthly deposits than the financial documents which he initially filed on December 4, 2023.

Without being ordered to answer or otherwise respond to the complaint, Defendants "Andie (Head Nurse) NCRJ" and Wexford Health filed a Motion to Dismiss and Memorandum in support thereof, on March 25, 2024. ECF Nos. 28, 29. On April 24, 2024, the Plaintiff filed a Response in Opposition to the Defendants' Motion to Dismiss, and the Defendant filed a reply on April 25, 2024. ECF Nos. 35, 36.

Following the filing of the Defendants' Motion to Dismiss, the Court issued an Order to Show Cause on April 2, 2024, which directed the Plaintiff to either pay the initial partial filing fee of $5.54, or to show cause why his case should not be dismissed for failure to pay the initial partial filing fee. ECF. No. 31.

The Plaintiff next filed a "Motion to Obtain Funds" on April 22, 2024. ECF No. 34. Therein, the Plaintiff asserts his indigence, and requests that the Court obtain the funds to pay the Plaintiff's initial partial filing fee. Id. The Court deemed that motion as a request for reconsideration, and directed the Plaintiff to file a revised Prisoner Trust Account Report and Ledger Sheets not later than May 30, 2024. ECF No. 37.

On May 31, 2024, the Plaintiff filed two Prisoner Trust Account Reports. ECF Nos. 42, 43. The first of those reports was executed by Amanda Northrop on May 7, 2024. ECF No. 42. The first Prisoner Trust Account Report states that the Plaintiff had average monthly deposits of $53.67 during the six months prior to the filing of this action, an

account balance of $1.33, and an average monthly balance of $2.14. Id. The second report was executed on January 2, 2024, by Sandy Ewing, and is a duplicate of the Prisoner Trust Account Report [ECF No. 12] filed on January 10, 2024, upon which the Court based its January 11, 2024, Order [ECF No. 14] which granted the Plaintiff's Motion to Proceed Without the Prepayment of Fees.

On September 12, 2024, the Plaintiff was ordered "to pay the original initial partial filing fee of $5.54 within thirty days of this Order, or NOT LATER THAN OCTOBER 12, 2024, or the Court will dismiss this action for failure to prosecute." ECF No. 46 at 3. Service for that order was accepted on September 16, 2024. ECF No. 47.

A review of the docket shows that more than 40 days have elapsed since the Court's order was entered on September 12, 2024, which directed the Plaintiff to pay the initial partial filing fee or face dismissal, however, the Plaintiff has failed to pay the initial partial filing fee. Further, the Plaintiff has not requested an extension of time to pay the fee.

Accordingly, it is **ORDERED** that 3:23-CV-241 is hereby **DISMISSED WITHOUT PREJUDICE** for failure to prosecute and retired from the docket of this Court. It is further **ORDERED** that the Defendants' pending Motion to Dismiss [ECF No. 28] is **TERMINATED AS MOOT**.

The Clerk of the Court is **DIRECTED** to mail a copy of this Order to the Plaintiff by certified mail, return receipt requested, to his last known address as reflected on the docket sheet.

**DATED**: November 14, 2024

_____
GINA M. GROH
UNITED STATES DISTRICT JUDGE